USDCA 40 (1/89)

**RECEIVED**
**JAN 1 8 2006**
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br>　　　　　Plaintiff,<br>vs.<br>LEI TOPOU,<br>　　　　　Defendant | APPLICATION FOR APPOINTMENT<br>OF COUNSEL<br><br>Case No. A05-0278 CIV (JWS) ( ) |

1. Name of applicant (print neatly): __Frank Marshall__

   Address: __Anchorage Corrections Complex West__
   __1300 East Fourth Avenue__
   __Anchorage, AK 99501__

   Phone Number: __907.269.0901__

2. Explain what your cause of action is against the opposing party.
   (Use additional paper if necessary.)  The State subsequently re-indicted defendant for the third time.  Due process violation of Rule 45 right to speedy trial; which time, ran out October 14th, 2004, i.e., Fall of year before Fall of 2005.  Court changed trial date well beyond even most conservative Rule 45 time.  Action for violation of Rule 45, speedy trial right, and due process.

3. Explain why you feel you need a lawyer in this case.
   (Use additional paper if necessary.)  I would be ineffective with Federal Rules of Civil Procedure.  I am making a request for appointment of counsel.  I cannot afford my own attorney.  I am requesting a court appointed attorney.

4. Explain what steps you have taken to find an attorney and with what results.
   (Use additional paper if necessary.)  The steps I have taken to find an attorney was consultation with law offices that with doubt afford fund to pay the attorney to take the case that it would be hard to retain counsel.

5. If you need a lawyer who speaks a language other than English, please specify.
   I do not need a lawyer who speaks a different language.

Continued to next page

Please read the following carefully:

I declare under the penalties of perjury that my answers to the foregoing questions are true and correct to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns either from me or elsewhere that I can afford a lawyer, the lawyer may give this information to the Court.

I understand that if my answers on my Financial Affidavit are false, my case can be dismissed.

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved as provided in the Rules Governing Procedures for Appointment of Attorneys in Pro Se Civil Actions in the U.S. District Court. I understand that if the attorney appointed to my case should wish to be relieved of the appointment at any time, his or her Application for Relief will be a privileged Court document and will not be used in the litigation of this case.

I understand that making the application does not excuse me in a Social Security case, and that it is still my responsibility to have the defendants served with a summons and complaint, if I have not already done so.

I understand that if the Court appoints counsel to represent me in a Social Security Case, and I am successful, the assigned attorney has the statutory right to request that the Court award a fee of up to 25% of accrued Social Security or Supplemental Security Income benefits.

_11th of January 2006_         _Frank H. Marshall_
Date                                         Signature

Application for Appointment of Counsel