IN THE SUPERIOR COURT FOR THE STATE
OF ALASKA THIRD JUDICIAL DISTRICT ANCHORAGE

FRANK H. MARSHALL, )
                   )
     Plaintiff,    )
                   )
v.                 )
                   )
LEI TOPOU,         )
                   )
     Defendant.    ) Case No. A05-0278 CIV (JWS)
                   )

RECEIVED JAN 18 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

CERTIFICATE OF SERVICE BY MAIL

I, Frank H. Marshall, hereby certify that I have mailed the true and correct originals of Order Directing Service and Response and Certificate of Service to the United States District Court for the District of Alaska, at 222 West Seventh Avenue # 4, Anchorage, AK 99513-7564

I have also mailed the true and correct copies of the above mentioned documents to the following parties at the addresses listed. Office of Special Prosecutions and Appeals, 310 K Street, STE 308, Anchorage, AK 99501

I have done this by placing the true and correct copies along with the true and correct originals into properly addressed, sealed envelopes, via institutional Mail, into the United States Postal service for delivery.

Done this 11th day of January 20 06, at Anchorage, Alaska.

Respectfully submitted

*Frank H. Marshall*
Frank H. Marshall