RECEIVED
JAN 18 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Frank H. Marshall
Name
Obscis # 226977
Prison Number
Anchorage Corrections Complex West
Place of Confinement
1300 East Fourth Avenue

Anchorage, AK 99501
Address
907.269.0901
Telephone

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL, <br><br> Petitioner, <br><br> vs. <br><br> LEI TOPOU, <br><br> Respondent. | Case No. A05-0278 CIV (JWS) <br><br> NOTICE OF INTENT TO <br> <u>PROCEED WITHOUT COUNSEL</u> |

I, ___Frank H. Marhall_____, representing myself, declare

under penalty of perjury, that I have been informed that the Criminal Justice Act[1]

authorizes the Court to appoint an attorney for a habeas petitioner who cannot afford

---

[1] See 18 U.S.C. § 3006, et. seq.

T:\PROSE\FINALS\notice counsel 2254.wpd

his/her own attorney; and I hereby give notice to the Court that I intend to represent myself and proceed without counsel in this habeas action.

DATED _11th of Januray 06_ at _Anchorage, Alaska 99501_.
(Date of signing)                           (City & State)

_____
Signature

I hereby certify that a copy of this notice was mailed by First Class, U.S. Mail, to Douglas Kossler, Special Prosecutions and Appeals, 310 K Street, Anchorage, Alaska 99501, and to the United States District Court for the District of Alaska, at 222 W. 7th Avenue, # 4, Anchorage, Alaska 99513 on _11th of January 2006_
(Date of mailing/handing to correctional officer)

_Frank H. Marshall_
Signature