**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  FRANK MARSHALL  </u>   v.   <u>  LEITONI TOPOU  </u>

THE HONORABLE JOHN D. ROBERTS

D<small>EPUTY</small> C<small>LERK</small>                              CASE NO.  <u>  3:05-CV-00278-JWS-JDR  </u>

<u>  Dan Maus  </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: January 18, 2006</u>

  Petitioner's Motion for Appointment of Counsel, Clerk's Docket No. 5, is hereby **GRANTED.**  The Federal Public Defender for the District of Alaska shall designate counsel from the CJA Panel to represent petitioner in this case.

  Counsel for petitioner shall review the record, confer with him, and file any amended 28 § 2254 petition, or voluntary dismissal, on or before **February 21, 2006.**

  Respondent shall have until **March 21, 2006,** to file an answer or other responsive pleading.