Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>                Petitioner,<br><br>vs.<br><br>LEI TOPOU,<br><br>                Respondent. | Case No. 3:05-cv-0278-JWS-JDR<br><br>**ENTRY OF APPEARANCE** |

       Mary C. Geddes, Assistant Federal Public Defender, enters her appearance as counsel for petitioner in the above-captioned action, and requests that copies of all future court documents and correspondence be electronically served on her or sent to Mary C. Geddes, Assistant Federal Defender, 550 West 7th Avenue, Suite 1600, Anchorage, AK 99501.

///

///

///

///

DATED this 14th day of February, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on February 14, 2006, a copy of the foregoing document was served electronically on:

Douglas H. Kossler, Esq.

/s/ Mary C. Geddes