
Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>LEI TOPOU,<br><br>　　　　　Respondent. | Case No. 3:05-cv-0278-JWS-JDR<br><br>**UNOPPOSED MOTION TO CONTINUE FILING DATE FOR AMENDED PETITION** |

　　　　Petitioner, Frank H. Marshall, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for a relatively brief extension of time with respect to the filing of an amended petition.  Mr. Marshall, who has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, is in pretrial custody.

　　　　Late last week, the undersigned received files from Mr. Marshall's state court attorney, Leslie Hiebert.  Although the undersigned counsel has now reviewed these records, she has not had a chance since to meet with Mr. Marshall to discuss his state court case.  She expects to do so this week.  Accordingly, counsel for Mr. Marshall asks for a continuance of two weeks time.

The undersigned has contacted Doug Kossler, counsel for the respondent, and he does not object to this continuance.

DATED this 21st day of February, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on February 21, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Douglas H. Kossler, Esq.

/s/ Mary C. Geddes