UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>               Petitioner,<br><br>vs.<br><br>LEI TOPOU,<br><br>               Respondent. | Case No. 3:05-cv-0278-JWS-JDR<br><br>**ORDER CONTINUING FILING DATE<br>FOR AMENDED PETITION** |

After due consideration of petitioner's Unopposed Motion to Continue Filing Date for Amended Petition, the court GRANTS the motion. Petitioner's Amended Petition shall be filed on or before March 7, 2006.

DATED:   February 22, 2006, in Anchorage, Alaska.

/s/ JOHN D. ROBERTS
John D. Roberts
United States Magistrate Judge