Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>                Petitioner,<br><br>vs.<br><br>LEI TOPOU,<br><br>                Respondent. | Case No. 3:05-cv-0278-JWS-JDR<br><br>**MOTION TO<br>CONTINUE FILING DATE FOR<br>AMENDED PETITION** |

      Petitioner, Frank H. Marshall, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for a second extension of time with respect to the filing of an amended petition. Mr. Marshall, who has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, is in pretrial custody.

      The undersigned has met with Mr. Marshall and reviewed his attorney's files. However, counsel is awaiting copies of some of the documents. Additionally, a second round of consultations with Mr. Marshall and his attorney is required prior to filing the amended petition. Counsel therefore asks that she be allowed additional time to file the amended petition, until March 24, 2006.

Doug Kossler, counsel for the respondent, was not available for comment regarding this continuance.

DATED this 7th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on March 7, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Douglas H. Kossler, Esq.

/s/ Mary C. Geddes