UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>          Petitioner,<br><br>vs.<br><br>LEI TOPOU,<br><br>          Respondent. | Case No. 3:05-cv-0278-JWS-JDR<br><br>**PROPOSED<br>ORDER CONTINUING FILING DATE<br>FOR AMENDED PETITION** |

   After due consideration of petitioner's Motion to Continue Filing Date for Amended Petition, the court GRANTS/DENIES the motion.  Petitioner's Amended Petition shall be filed on or before March 24, 2006.

   DATED March _____, 2006, in Anchorage, Alaska.


                  _____
                     John D. Roberts
                 United States Magistrate Judge