UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>LEI TOPOU,<br><br>　　　　　　Respondent. | Case No. **3:05-cv-0278-JWS-JDR**<br><br>**SECOND ORDER CONTINUING<br>FILING DATE FOR AMENDED<br>PETITION<br>(Docket No. 11)** |

After due consideration of petitioner's Second Motion to Continue Filing Date for Amended Petition, the court GRANTS the motion. Petitioner's Amended Petition shall be filed on or before March 24, 2006. Response to Amended Petition shall be due April 24, 2006.

DATED March 8th 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　/s/ John D. Roberts
　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　United States Magistrate Judge