Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>                Petitioner,<br><br>vs.<br><br>LEI TOPOU,<br><br>                Respondent. | Case No. 3:05-cv-0278-JWS-JDR<br><br>**UNOPPOSED MOTION TO CONTINUE FILING DATE FOR AMENDED PETITION FOR ADDITIONAL TEN DAYS** |

       Petitioner, Frank H. Marshall, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for an extension of time – until April 5, 2006 – to file his amended petition.  Mr. Marshall, who has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, is in pretrial custody.  Mr. Marshall's case is set for trial during the week of April 3, 2006.  It is not known, however, if his case will actually proceed to trial that week, as there are pretrial motions still pending before the court.

       The undersigned has met and spoken with Mr. Marshall, reviewed his state court attorney's files, and consulted with the attorney.  The undersigned expects to be better informed of

the state case status by Monday, April 3, 2006, and therefore proposes to file any amended petition by Wednesday, April 5, 2006.

Doug Kossler, counsel for the respondent, was contacted and has no opposition to this continuance.

DATED this 24th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on March 24, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Douglas H. Kossler, Esq.
Assistant Attorney General
Office of Special Prosecutions and Appeals

/s/ Mary C. Geddes