Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>             Petitioner,<br><br>vs.<br><br>LEI TOPOU,<br><br>             Respondent. | Case No. 3:05-cv-0278-JWS-JDR<br><br>**UNOPPOSED MOTION TO CONTINUE FILING DATE FOR AMENDED PETITION** |

Petitioner, Frank H. Marshall, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for an extension of time – until April 28, 2006 – to file his amended petition.  His motion to continue is unopposed by the Office of Special Prosecutions and Appeals, counsel for the Respondent.[1]

Mr. Marshall, who has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, is in pretrial custody. Mr. Marshall, complains, *inter alia* of the deprivation of federal constitutional speedy trial rights. He is now being held on his third indictment (the previous two

---

[1] Specifically, Ken Rosenstein provided this non-opposition, in Douglas Kossler's absence.

were dismissed by the trial court) has been in custody since November 25, 2003. Mr. Marshall's case is currently set for trial during the week of April 10, 2006, but is expected to be continued.

On November 9, 9004, Mr. Marshall's original trial counsel had filed a motion to dismiss on federal constitutional speedy trial grounds. His substitute counsel has now, on March 25, 2006, filed a second motion to dismiss on the same basis. No responsive pleading has yet been filed and the state court has yet to rule on that motion.

For reasons of economy, then, Mr. Marhsall proposes to postpone his amendment of his federal habeas petition until the state trial court has had an opportunity to rule. Mr. Marshall proposes that the current due date of April 5, 2006, be continued until April 28, 2006, in hopes that this legal action be rendered unnecessary by the state court's decision on his pending motion(s) to dismiss.

DATED this 5th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on April 5, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Douglas H. Kossler, Esq.
Assistant Attorney General
Office of Special Prosecutions and Appeals

/s/ Mary C. Geddes