UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>LEI TOPOU,<br><br>　　　　　　Respondent. | Case No. 3:05-cv-0278-JWS-JDR<br><br>**ORDER CONTINUING FILING DATE<br>FOR AMENDED PETITION** |

　　　　After due consideration of petitioner's Unopposed Motion to Continue Filing Date for Amended Petition, the court GRANTS the motion. Petitioner's Amended Petition shall be filed on or before April 28, 2006. The government's response to the amended petition is now due May 28, 2006.

```
    DATED this 13th day of April, 2006, at Anchorage, Alaska.

                                      /s/ John D. Roberts
                                    JOHN D. ROBERTS
                                    United States Magistrate Judge
```