Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>                Petitioner,<br><br>vs.<br><br>LEI TOPOU,<br><br>                Respondent. | Case No. 3:05-cv-0278-JWS-JDR<br><br>**UNOPPOSED MOTION TO CONTINUE FILING DATE FOR AMENDED PETITION** |

        Petitioner, Frank H. Marshall, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for an extension of time – until May 12, 2006 – to file his amended petition.  His motion to continue is unopposed by Douglas Kossler of the Office of Special Prosecutions and Appeals, counsel for the Respondent.

        Mr. Marshall, who has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, is in pretrial custody.  Mr. Marshall, complains, *inter alia*, of the deprivation of federal constitutional speedy trial rights.  He is now being held on his third indictment (the previous two were dismissed by the trial court) and has been in custody since November 25, 2003.  Mr. Marshall's case was set for trial during the week of April 10, 2006, but that trial date was vacated.

On November 9, 2004, Mr. Marshall's original trial counsel filed a motion to dismiss on federal constitutional speedy trial grounds. His substitute counsel has now, on March 25, 2006, filed a second motion to dismiss on the same basis. The State filed its opposition on April 6, 2006. The state court has yet to rule on that motion. The undersigned has been informed that the state court judge is away until May 5, and is expected to rule on the motion following his return.

For reasons of economy, then, Mr. Marshal proposes to postpone his amendment of his federal habeas petition until the state trial court has had an opportunity to rule. Mr. Marshall proposes that the current due date of April 28, 2006, be continued until May 12, 2006, in hopes that this legal action be rendered unnecessary by the state court's decision on his pending motion(s) to dismiss.

DATED this 28th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

<u>Certification</u>:

I certify that on April 28,006, a copy of the foregoing document, with attachments, was served electronically on:

Douglas H. Kossler, Esq.
Assistant Attorney General
Office of Special Prosecutions and Appeals

/s/ Mary C. Geddes