UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>              Petitioner,<br><br>  vs.<br><br>LEI TOPOU,<br><br>              Respondent. | Case No. 3:05-cv-0278-JWS-JDR<br><br>**PROPOSED<br>ORDER CONTINUING FILING DATE<br>FOR AMENDED PETITION** |

After due consideration of petitioner's Unopposed Motion to Continue Filing Date for Amended Petition, the court GRANTS/DENIES the motion. Petitioner's Amended Petition shall be filed on or before May 12, 2006. The government's response to the amended petition is now due _____, 2006.

       DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge