Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>    Petitioner,<br><br>vs.<br><br>LEI TOPOU,<br><br>    Respondent. | Case No. 3:05-cv-0278-JWS-JDR<br><br>**SUPPLEMENT TO PETITION FOR WRIT OF HABEAS CORPUS** |

  Petitioner, Frank H. Marshall, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby files this supplement (in lieu of an amendment) to his petition for a writ of habeas corpus under 28 U.S.C. § 2241.  Mr. Marshall has been held in custody as a pretrial state prisoner since 2003, and he alleges that his pre-judgment confinement violates the United States Constitution.  More specifically, Mr. Marshall alleges related deprivations of his federal right to a speedy trial and due process which were identified in his initial pro per filings.

  Mr. Marshall has been charged with drug offenses in a series of indictments, the first two of which were dismissed by the trial court.  Mr. Marshall finally was tried by a jury last week on the third indictment, and was convicted.  His sentencing is scheduled for August 24, 2006.

He and his state court attorneys have filed motions alleging federal constitutional violations, but those motions have denied by the state court. Mr. Marshall wishes to acknowledge and incorporate those arguments into his petition and prayer for relief.

By way of chronology, Mr. Marshall would state the following: that he originally was charged by information on November 26, 2003; his first indictment was filed December 12, 2003; the indictment was dismissed on May 13, 2004; the second indictment was filed June 7, 2004; the second was dismissed September 13, 2004; the third indictment was filed September 21, 2004; there was an objection to the trial setting of December 20, 2004, filed on September 28, 2004; a Motion to Dismiss – citing federal constitutional speedy trial provisions – was filed on November 9, 2004 [attached]; that Order was denied; a motion filed by the defendant on January 24, 2005, on this issue, was accepted for filing [attached], but denied on February 26, 2005; no trial took place on that date; indeed, no trial date was again scheduled until August 3, 2005, when trial was scheduled for October 17, 2005; when the Public Defender discovered a conflict, a new attorney was appointed on October 6, 2005; the trial was reset for December 12, 2005, and put into trailing status; on January 13, 2006, a stipulation was filed to continue the trial to allow the new attorney to file additional pretrial motions, which were in fact filed; and, among them was another motion to dismiss, citing speedy trial and due process violations [attached].

In his "Motion to Dismiss for Speedy Trial/Due Process Violation" [attached], Mr. Marshall argues that the delays in the case are largely attributable to the state's failure to act reasonably in obtaining a legally sufficient indictment and failing to provide discovery that was required. Mr. Marshall also contends that the court erred in not dismissing the indictment and case in November 2004.

DATED this 23rd day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 23, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Douglas H. Kossler, Esq.

/s/ Mary C. Geddes