Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>                Petitioner,<br><br>vs.<br><br>LEI TOPOU,<br><br>                Respondent. | Case No. 3:05-cv-0278-JWS-JDR<br><br>**NOTICE OF UNAVAILABILITY** |

The undersigned is unavailable due to personal leave from May 28, 2006, through July 4, 2006.  Mr. Marshall has been informed of his counsel's unavailability during this time frame.

DATED this 23rd day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 23, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Douglas H. Kossler, Esq.

/s/ Mary C. Geddes