Diane L. Wendlandt
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Diane_Wendlandt@law.state.ak.us

Attorney for Respondent Topou

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| FRANK H. MARSHALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Case No. 3:05-cv-0278-JWS-JDR |
| vs. | ) | |
| | ) | <u>SUPERSEDING</u> |
| LEI TOPOU, | ) | <u>ENTRY OF APPEARANCE</u> |
| | ) | |
| Respondent. | ) | |
| | ) | |

The undersigned hereby enters her appearance as attorney for the Respondent. All further pleadings and communications in this case should be addressed to:

> Diane L. Wendlandt
> Office of Special Prosecutions and Appeals
> 310 K Street, Suite 308
> Anchorage, Alaska 99501

DATED May 25, 2006 , at Anchorage, Alaska.

>DAVID W. MÁRQUEZ
>ATTORNEY GENERAL
>
>s/ Diane L. Wendlandt
>    Assistant Attorney General
>    State of Alaska, Dept. of Law
>    Office of Special Prosecutions
>       and Appeals
>    310 K St., Suite 308
>    Anchorage, Alaska 99501
>    Telephone: (907) 269-6250
>    Facsimile: (907) 269-6270
>    e-mail: Diane_Wendlandt@law.state.ak.us
>    Alaska Bar. No. 9011121

**Certificate of Service**

I certify that on May 25, 2006, a copy of the foregoing SUPERSEDING ENTRY OF APPEARANCE was served electronically on Mary C. Geddes.

s/ Diane L. Wendlandt