Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>    Petitioner,<br><br> vs.<br><br>LEI TOPOU,<br><br>    Respondent. | Case No. 3:05-cv-0278-JWS-JDR<br><br>PETITIONER'S OPPOSITION<br>TO MOTION TO DISMISS |

    Petitioner, Frank H. Marshall, by and through counsel Mary C. Geddes, Assistant Federal Defender, replies, as follows, to the Respondent's Motion to Dismiss for a failure to exhaust. By way of clarification, Mr. Marshall does not dispute the fact that he is no longer being held in pretrial status but rather pursuant to a state court conviction. Further, Mr. Marshall – who is represented in state court – has timely presented his federal constitutional speedy trial claim to the trial court, in the form of a motion to dismiss. Mr. Marshall has not yet presented his appeal of that denial to the Alaska Court of Appeals.

It is Mr. Marshall's position that he should nevertheless be permitted to litigate his 28 U.S.C. § 2241 petition in federal court given that lengthy delays in his pretrial prosecution were attributable to the state's errors in the indictment process.

DATED this 31st day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on July 31, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Diane Wedlandt, Esq.
Assistant Attorney General
Office of Special Prosecutions and Appeals

/s/ Mary C. Geddes