Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>LEI TOPOU,<br><br>　　　　　　Respondent. | Case No. 3:05-cv-0278-JWS-JDR<br><br>**MOTION FOR ADDITIONAL TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br>*Filed on Shortened Time* |

　　　　Petitioner, Frank H. Marshall, by and through counsel Mary C. Geddes, Assistant Federal Defender, by way of information, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  Although he remains in state custody, Mr. Marshall notifies this court that he has now been both convicted and sentenced by the state court, and his conviction is now on appeal before the Alaska Court of Appeals.

　　　　Mr. Marshall, who is incarcerated, has attempted to call the undersigned this week concerning his case and this recommendation, but he has been unsuccessful in reaching her.  Therefore, the undersigned respectfully requests three additional business days for the purpose of meeting with Mr. Marshall and determining the content of his response.

DATED this 8th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on September 8, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Diane Wendlandt, Esq.
       and
Douglas H. Kossler, Esq.

/s/ Mary C. Geddes