UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>LEI TOPOU,<br><br>　　　　　　Respondent. | Case No. 3:05-cv-0278-JWS-JDR<br><br>**PROPOSED ORDER GRANTING TIME** |

　　　　After due consideration of petitioner's motion on shortened time, the court GRANTS the motion.

　　　　After due consideration of petitioner's Request for Additional Time to File Objections to Magistrate Judge's Report and Recommendation, the court GRANTS the motion. Petitioner shall have until September 13, 2006, within which to file objections to the Magistrate Judge's Report and Recommendation.

　　　　DATED September _____, 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge