UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FRANK H. MARSHALL,

              Petitioner,

    vs.

LEI TOPOU,

              Respondent.

Case No. 3:05-cv-0278-JWS-JDR

**ORDER GRANTING TIME**
(Docket No. 26)

After due consideration of petitioner's motion on shortened time, the court GRANTS the motion.

After due consideration of petitioner's Request for Additional Time to File Objections to Magistrate Judge's Report and Recommendation, the court GRANTS the motion. Petitioner shall have until September 13, 2006, within which to file objections to the Magistrate Judge's Report and Recommendation. Reply, if any, shall be due on or before September 19, 2006.

DATED September 8, 2006, in Anchorage, Alaska.

/s/ John D. Roberts
John D. Roberts
United States Magistrate Judge