Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>               Petitioner,<br><br>vs.<br><br>LEI TOPOU,<br><br>               Respondent. | Case No. 3:05-cv-0278-JWS-JDR<br><br>**PETITIONER'S RESPONSE TO THE MAGISTRATE-JUDGE'S REPORT** |

      Petitioner, Frank H. Marshall, by and through counsel Mary C. Geddes, Assistant Federal Defender, by way of information, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 while he was a pretrial detainee in state custody.  Mr. Marshall is now in custody pursuant to a judgment of the state court.  By way of responding to the magistrate-judge's report in his case, Mr. Marshall cannot disagree that state criminal proceedings are still ongoing, and that he has not yet presented his federal constitutional claims to the state appellate courts.  Mr. Marshall's state court attorneys have filed a notice of appeal of judgment to the Alaska Court of Appeals, but have not yet briefed the case.

DATED this 12th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on September 12, 2006, a copy of the foregoing document was served electronically on:

Diane Wendlandt, Esq.
    and
Douglas H. Kossler, Esq.

/s/ Mary C. Geddes