Diane L. Wendlandt
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Diane_Wendlandt@law.state.ak.us

Attorney for Respondent Lei Topou

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| FRANK H. MARSHALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 3:05-cv-0278-JWS-JDR |
| | ) | |
| LEI TOPOU, | ) | STATE'S REPLY TO PETITIONER'S |
| | ) | RESPONSE TO MAGISTRATE |
| Respondent. | ) | JUDGE'S RECOMMENDATION |
| | ) | |

      Petitioner Frank Marshall has filed a pretrial habeas petition under 28 U.S.C. § 2241, asking this court to dismiss his state criminal case based on an alleged violation of his right to a speedy trial under the Sixth and Fourteenth Amendments.  Marshall, however, has since been convicted in the state criminal proceeding, and he has appealed his conviction to the Alaska appellate courts.  That appeal is still pending.

Respondent Lei Topou moved to dismiss Marshall's pretrial habeas petition on the grounds that (1) this court should abstain from exercising jurisdiction and (2) Marshall has not exhausted his state-court remedies. On August 22, 2006, Magistrate Judge John Roberts recommended that respondent Topou's motion to dismiss be granted. As Magistrate Roberts explained, the abstention doctrine generally precludes this court from interfering in state criminal proceedings, and Marshall cannot establish that his claim falls within any exception to that doctrine. In addition, Marshall has not exhausted his state-court remedies with respect to his claim. Marshall still has the state appellate process available to him for pursuit of his speedy trial claim. Until that appellate process is complete, Marshall's petition for habeas relief is premature.

Marshall has now filed a response to the magistrate's recommendation. In that response, Marshall concedes that his state criminal appeal is still pending and that he has not yet presented his federal constitutional claims to the Alaska appellate courts. Thus, Marshall concedes the critical facts upon which Magistrate Roberts based his recommendation. Moreover, Marshall provides no legal authority which would support a result contrary to Magistrate Roberts' recommendation. In fact, Marshall does not specifically argue that the magistrate's recommendation is incorrect.

For these reasons, respondent Topou urges this court to accept Magistrate Roberts' recommendation and dismiss Marshall's premature habeas petition.

DATED September 19, 2006 , at Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

        s/ Diane L. Wendlandt
           Assistant Attorney General
           State of Alaska, Dept. of Law
           Office of Special Prosecutions
              and Appeals
        310 K St., Suite 308
        Anchorage, Alaska 99501
        Telephone: (907) 269-6250
        Facsimile: (907) 269-6270
        e-mail: Diane_Wendlandt@law.state.ak.us
        Alaska Bar. No. 9011121

**Certificate of Service**

I certify that on September 19, 2006, a copy of the foregoing Entry of Appearance was served electronically on Mary Geddes.

    s/  Diane Wendlandt