UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRANK H. MARSHALL,<br><br>               Petitioner,<br>    vs.<br>LEI TOPU,<br><br>               Respondent. | 3:05-cv-00278-JWS-JDR<br><br>**FINAL RECOMMENDATION<br>REGARDING RESPONDENT'S<br>MOTION TO DISMISS**<br><br>(Docket No.23) |

        The Magistrate Judge has reviewed the petitioner's response and the respondent's response thereto regarding the initial recommendation that the respondent's motion to dismiss be granted. (Docket Nos. 28 and 29). Because the petitioner's response does nothing to counter the initial recommendation's conclusion, no further comment is necessary.

**CONCLUSION**

        For the foregoing reasons the Magistrate Judge hereby declines to modify his recommendation that the respondent's motion to dismiss at docket No. 23 be **GRANTED**.

DATED this 19<u>th</u> day of September, 2006, at Anchorage, Alaska.

       /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge