MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Frank Marshall*          v.     *Leitoni Topou*

THE HONORABLE JOHN W. SEDWICK          3:05-cv-00278-JWS

PROCEEDINGS:     **ORDER FROM CHAMBERS**     Date:  September 20, 2006

     Petitioner filed a petition pursuant to 28 U.S.C. § 2241.  At docket 23 respondent moved to dismiss.  The magistrate judge filed a report recommending dismissal.  Respondent filed a timely objection which essentially concedes the accuracy of the findings upon which the magistrate judge relied.  This court reviews recommended findings of fact which are not challenged for clear error and recommended legal conclusions *de novo*.  Applying that standard here, the court concludes that the magistrate judge is correct in all respects.  The motion at docket 23 is **GRANTED**.  This case is **DISMISSED**.