**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

FRANK MARSHALL,
        Plaintiff,

Case Number 3:05-cv-00278-JWS

v.

LEITONI TOPOU,
        Defendant.                    **JUDGMENT IN A CIVIL CASE**


\_   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


 X   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT this case is **DISMISSED**.


APPROVED:


 /s/_____ _____
JOHN W. SEDWICK
United States District Judge

_____
Date: September 21, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

 Ida Romack_____
 Ida Romack, Clerk of Court

[305cv00278-JWS.wpd]{JMT2.WPT*Rev.3/03}